**Patricia L. BREWER, a/k/a Patricia L. Arroyo, for Respondent,**

v.

**Billy Roger BREWER, Appellant.**
**No. 69914.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 16, 1997.

Gregory D. O'Shea, St. Louis, for Appellant.

Eunkyong Choi, Dubail Judge, P.C., St. Louis, for Respondent.

Before DOWD P.J., and SIMON and HOFF, JJ.

### *ORDER*

PER CURIAM.

Billy Roger Brewer (Father) appeals from a judgment of the Circuit Court of Jefferson County in favor of Patricia L. Brewer (Mother) on her Cross–Motion to Modify Custody as to their two minor children.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value.